MANIILAQ PUBLIC HEALTH NURSING
P.O. BOX 170
Kotzebue, AK. 99752
907-442-7144

05-Jan-2015

To the parent/guardian of
B.N. minors redacted
PO BOX 201
POINT HOPE, AK  99766

Date of Birth:   Redacted DOB   (3 mths)

Chart#:41812

Dear B.N. minors redacted

Our records show BABYBOY is now due for immunizations.

    HEP B,NOS
    DTaP
    HIB,NOS
    PCV-13
    POLIO,NOS
    ROTA,NOS

If you feel any of the above information is incorrect, please call or stop by PHN to make necessary corrections. If you live in a village, please contact a local Community Health Aide Provider.

PHN's regular Immunization Clinic walk-in hours are from Mon-Fri, 8:00am to 4:30 pm.

Sincerely,

Maniilaq Public Health Nursing

*(handwritten across page: "RETURNED FOR CAUSE REFUSED")*

**Maniilaq Health Center**
P.O. Box 43
Kotzebue, AK 99752
1-800-431-3321



*Maniilaq Health Center*
*P.O. Box 43*
*Kotzebue, Alaska 99752*

Lydia Nashookpuk
P.O. Box 201
Point Hope, AK 99766

Dear Ms Nashookpuk,

I am the OB Case Manager working for Maniilaq Health Center.

Our office has tried to contact you several times to schedule a 8 week postpartum visit for you and your baby.

It is recommended for women who delivered to have this visit: make sure there are no problems; discuss birth control, and make sure your body is returning to pre-pregnancy state.

This visit for the baby is important to make sure he is gaining weight, and having no physical or developmental problems.

Please disregard this letter, if you were seen at another clinic for this visit.

Call Women health at 907-442-7189 or 1-800-431-3321 ext. 7189 to make an appointment. Your travel will be arranged.

If you are living in the village, please go to the clinic for a visit.

Sincerely,

Wilma Goodwin, RN
OB Case Manager
442-7257

certified letter # 7009 2820 0003 3506 3382

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
```
NOTE DATED: 02/03/2015 20:36
LOCAL TITLE: VILLAGE PROGRESS NOTE
VISIT: 02/03/2015 20:17 POINT HOPE
B.N. minors redacted     DOB Redacted DOB was seen today in the office for a physical and is found to be in good health.

                Signed by: /es/ ISAAC HENRY PA-C
                            02/03/2015 20:37

```
--------------------------------------------------------------------------------
B.N. minors redacted           MANIILAQ HEALTH CENTER    Printed:02/03/2015 20:37
41812 DOE Redacted DOB           Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------------------------
```