# Affidavit

I, Louis Holger state the following;

Agents of Jacob Joseph LEW have been contacting my wife and I requesting the name of <sup>B.N. minor redacted</sup> for the purpose of registering our childs birth. We have stated from before the time of his birth that it was never our desire, or intention to register the birth of our child.

The Maniilaq health center has been contacting my wife and I requesting that we bring our son in to the health center for scheduled 90 day vaccinations. We have never consented, or expressed consent for our child to be vaccinated. We did however express our desire for our son to not be vaccinated upon birth, which the Alaska Native Medical center did against our will. At which point a senior hospital administrator made a special visit to my wife, I, and new born son and made apologies for the "miss-communication", in having our son vaccinated.

A worker for Child Protective Services (accompanied by a police officer) knocked on our door, for no reason concerning our son, demanding to visually inspect our child. We refused to give consent to this and was told that we had to, and that is why the officer was present, to assure that we gave consent. My wife and I continued to refuse, at which point we were threatened with legal actions against us as well as further threats about how we were "doing this the hard way". I had to request several times for them to leave my porch and property, as well as to elevate my tone of voice before they did. At which point they went to our sons grandfathers house and threatened him with legal actions against my wife and I if our sons grandfather did not help them to convince us to let them into our house to visually inspect our son.



# Affidavit

In the second week of February, 2015 I called the Kotzebue Court house-(907)442-3208-requesting the register of action for case # 2KB-15-00033CR. I made my request to a male representative of the court, who I was connected to. He stated that he did not understand exactly what I was requesting. I stated several times that I was requesting information on obtaining a copy of the register of action for case # 2KB-15-00033CR. The representative acted confused, and asked me specifically what documents I was requesting. I responded that I was requesting the register of action, ALL information pertaining to my case. His response was that I would have to be more specific, and request the documents that I was interested in specifically in order for him to understand what I was requesting.

*Louis Hodge*

# Affidavit

I, Louis Holger state the following:

In my attempts to obtain Oaths of Office for Second Judicial District in the State of Alaska Sr. Judge Paul A. Roatman, Second Judicial District in the State of Alaska Magistrate Stephan D. Brady, Second Judicial District in the State of Alaska DA John Earthman, and Second Judicial District in the State of Alaska assistant DA Rachael Aherins I have had to make numerous phone calls between the Lt. Governor, Byron Mallott's office, the Attorney General, Craig W. Richard's office, The District Attorney, John A. Earthman's office.

My search began with a first phone call to the Nome DA's office requesting the spelling of assistant DA Rachael Aherons name so that I could properly spell it when I submitted my request. This was met with hostility and questions (from the secretary answering the phones at the Nome DA's office) about who I was and why I wanted this information. I said that I was Joe Public, and wanted the documents because they were public information. At which point the secretary continued to demand who I was, as well as to ask if I had criminal charges pending. I stated that that does not matter if I do or do not. She argued that it does matter. My simple rebuttal for why it does not matter was because this is public information that I am requesting, and the conversation should never go in the direction of why I need the documents and who I am. They are to be provided to me upon my request, for a reasonable fee. Then I reminded her that she also took an oath to serve the public, at which point she stated very clearly "I did not take an oath to serve Joe Public" and hung up on me. I called back a second and third, time and had similar conversations each time. Om my fourth call the secretary forwarded me directly to the DA John Earthman and he promptly provided me with the information that I had requested.

My second set of calls went to the Lt. Governor, Byron Mallott's office requesting certified copies of Oaths of Office for all public servants named in the first paragraph of this Affidavit. I was told that their office only housed Attorney General, Craig W. Richard's oath, and I would have to call the Attorney General Craig W. Richard's office to obtain the other Oaths of Office that I was requesting.

My third set of calls went to the Attorney General's office requesting the documents. I was told that they did not keep those records, and I would have to contact the Lt. Governor's office for those documents.

My fourth set of calls was back to the Lt. Governor's office and they assured me that they did not have those documents, nor did they know where I could locate them. They advised me to call the Nome DA's office and ask them where their oaths were filed. I stated that it was rather confusing to me as to why it has been so difficult for me to locate these documents, as well as to how it did not sound rational for me to have to call the DA's office directly to locate where these oaths were stored. I was told that it would be looked into and they recorded my contact information and said they would call back. After waiting three days I had still not received a call back.

My fifth set of calls went back to the Nome DA John Earthman's office requesting where to find certified copies of his Oath of Office, as well as for where to find Second Judicial District in the State of Alaska Sr. Judge Paul A. Roatman, Second Judicial District in the State of Alaska Magistrate Steven M. Brady, and Second Judicial District in the State of Alaska assistant DA Rachael Aherins Oaths of Office. I was connected directly to John Earthman who told me that he had no idea what I was talking about and I was confusing him. He said that he did not understand my request. I asked very clearly if he knew he was violating the Freedom of Information Act, and stated that I did not understand how it was possible for him to not only not know what I was talking about to the extent of having confused him, but to not know where he had filed his Oath Of Office. At which point he hung up on me.

