UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Louis Holger<br><br>**Plaintiff**<br><br>v.<br><br>Jacob Joseph LEW<br><br>**Defendant** | Case No.: 3:15-cv-00046-TMB<br><br>**RECEIVED**<br>APR 08 2015<br>CLERK, U.S, DISTRICT COURT |

## AFFIDAVIT OF DUE DILIGENCE

I, Scott Kucik, a Private Process Server, having been duly authorized to make service of the Summons and Complaint with Attachments, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempts, we have been unable to serve Jacob Joseph LEW with the above named process.

On March 31, 2015 at 1:19 pm, my agent attempted to serve the defendant, Jacob Joseph Lew, at 1500 Pennyslvania Avenue, NW, Washington, DC. The clerks who accept civil process would not accept service at the address for the defendant, however.

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Due Diligence and that the facts stated in it are true.

4-3-2015
Executed on:

Scott Kucik
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Louis Holger
4-8-2015

ID: 15-121053

Client Reference: N/A

United States District Court
for the District of Alaska
222 W. 7th Avenue #4
Anchorage, Alaska.
[99513]

Registered mail #
RECEIVED APR 08 2015
CLERK, U.S. DISTRICT COURT

Dear clerk;

Please file this **Affidavit of Due Diligence** in the case jacket of Article III case 3:15-cv-00046-TMB. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent **Delivered** back to the presenter in a timely fashion.

My signature below expresses that I have ___ a copy of the presentment, ___ with the original clerk instruction to the district court and the original presentment, ___ and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_Louis Holger_    4-6-2015
Louis Holger

Jacob Joseph LEW
1500 Pennsylvania Avenue
Washington DC [20220]

Registered mail # RE# 921 550 467 US