# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LOUIS HOLGER,
      Plaintiff,

Case Number 3:15-cv-00046-TMB

v.

JACOB JOSEPH LEW,
      Defendant.         **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **DECISION BY COURT.** This action came before the court and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is DISMISSED.

APPROVED:

s/TIMOTHY M. BURGESS
United States District Judge

Date: June 1, 2015

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                                          JANICE A. WELCH
                                          Janice A. Welch,
                                        Acting Clerk of Court

[Jmt2 - Basic - rev. 4-1-15}