In the United States District Court

for the District of Alaska

3:15-CV-0046-TMB

RECEIVED
JUN 08 2015
Clerk, U.S. District Court
Anchorage, A.K.

## Default judgment

Jacob Joseph LEW has failed to assert any claim to Louis Holger by proving the certificate of search in the district court to be faulty or fraudulent within the sixty days stipulated. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Louis Holger; House 950; Point Hope, Alaska. [99766] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within sixty 60 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Louis Holger. Jacob Joseph LEW is by law to forfeit seizure upon Louis Holger's property and person. If Jacob Joseph LEW fails to do so, a certificate of exigent circumstances will issue calling for Jacob Joseph LEW's arrest in the cognizance of the State Department and Speaker of the House.

*Louis Hager*
House 950
Point Hope, Alaska. [99766]

My signature below expresses that I have mailed a copy of the Default Judgment to the Defendant registered mail.

United States District Court
for the District of Alaska
222 W. 7th Avenue #4
Anchorage, Alaska.
        [99513]

Jacob Joseph LEW                      Registered mail # RE 921 550 453 US
1500 Pennsylvania Avenue NW
City of Washington, District of Columbia.
        [20220]